**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 10-cv-02100-WYD-CBS | FTR - Reporter Deck - Courtroom A402 |
| **Date:** March 17, 2011 | **Courtroom Deputy:** Linda Kahoe |

| | |
|---|---|
| BRENT E. MOORE, | George C. Aucoin, Jr., |
| Plaintiff, | |
| v. | |
| UNITED AIR LINES, INC., | Maureen Reidy Witt |
| | William R. Dabney |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  TELEPHONIC MOTION HEARING**
**Court in session:       10:44 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Defendant's Unopposed Motion to Stay Discovery and All Pending Case Deadlines Pending Resolution of Defendant's Motion to Dismiss, doc #[21], filed 3/14/2011.

**ORDERED:**  Defendant's Unopposed Motion to Stay Discovery and All Pending Case Deadlines Pending Resolution of Defendant's Motion to Dismiss, doc #[21], is **DENIED**.  The current discovery deadlines will remain in effect.  The discovery schedule will be modified as follows:

- Plaintiff may take depositions;

- Defendant is required to provide an expert report, to the extent that Defendant believes that an expert report is necessary;

- All expert depositions are **STAYED;**

- Each side has the opportunity to exercise their discretion under Rule 26(d) to pursue what discovery they think is appropriate given the current posture of the case.

HEARING CONCLUDED.
**Court in recess**:       **11:13 a.m.**
Total time in court:    00:19

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.